UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| In re: ) | CHAPTER 7 |
| ) | |
| ROCCO ALFONZETTI ) | CASE NO. 19-31406 (AMN) |
| DONNA ALFONZETTI ) | |
| Debtors ) | |
| ) | OCTOBER 28, 2020 |

## CERTIFICATE OF SERVICE

The undersigned Trustee hereby certifies that on October 28, 2020, in accordance with Rules 7004, 7005, and 9014 F. R. Bank. P., I served a copy of the Application to Employ Special Counsel to the Trustee with Declaration, Proposed Order, and Notice of Remote Hearing to the following parties listed below and to those interested parties on Exhibit "A" via electronic mail, U.S. Postal Mail, prepaid, or through ECF/Bankruptcy Noticing Center:

Office of the United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Debtors
Rocco Alfonzetti
Donna Marie Alfonzetti
10 Anna Drive
Oxford, CT 06478

Debtor's Counsel
Ronald K. Bellenot, Sr., Esq.
Bellenot & Boufford, LLC
814 Main Street
Monroe, CT 06468

Vitaliana Maffucci
12 Autumn Drive
Danbury, CT 06811

Elizabeth Ceppos
10 Judith Drive
Danbury, CT 06811

Connecticut Department of Revenue Services
Collections Unit - Bankruptcy Team
450 Columbus Blvd. Ste. 1
Hartford, CT 06103-1837

County of Rockland
11 New Hempstead Road
New City, NY 10956

Verdolino & Lowey, P.C.
124 Washington Street
Foxborough, MA 02035

/s/ Kara S. Rescia
Kara S. Rescia, Trustee

10

## EXHIBIT A

American Adjustment Bureau, Inc.
ATTN: Manager
PO Box 150447
Hartford, CT 06115-0447

Best Egg / SST Lockbox L
ATTN: Bankruptcy
PO Box 5493
Carol Stream, IL 60197-5493

Carrington Mortgage SE
ATTN: Manager
15 Enterprise
Aliso Viejo, CA 92656-2652

Charter Property Management Inc.
ATTN: Manager
PO Box 900
Nanuet, NY 10954-0900

Connecticut Dept of Revenue Services
ATTN: Manager
450 Columbus Blvd # 1
Hartford, CT 06103-1837

Discover Financial Services LLC
ATTN: Manager
PO Box 15316
Wilmington, DE 19850-5316

Internal Revenue Service
ATTN: Manager
PO Box 37008
Hartford, CT 06176-7008

LVNV Funding, LLC
ATTN: Manager
PO Box 1269
Greenville, SC 29602-1269

Naturapathic Family Med
ATTN: Manager
2 Corporate Drive, Suite 112
Trumbull, CT 06611-1376

Rockland County Department of Finance
ATTN: Manager
50 Sanatorium Rd
Pomona, NY 10970-3555

Shapiro, Dicaro & Barak, LLC
ATTN: V. Melanie Rajaphoumy, Esq
175 Mile Crossing Blvd
Rochester, NY 14624-6249

Transworld Sys Inc.
/33 Mid CT Emergency Physicians
ATTN: Manager
PO Box 15609
Wilmington, DE 19850-5609

Trinity Health of New England
ATTN: Manager
PO Box 417088
Boston, MA 02241-7088

Wells Fargo Bank
ATTN: Manager
PO Box 14517
Des Moines, IA 50306-3517

Wells Fargo Home Mortgage
ATTN: Manager
PO Box 10335
Des Moines, IA 50306-0335

Yale New Haven Health
ATTN: Manager
P.O. Box 120019
Stamford, CT 06912

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
October 27, 2020

In re:
    Rocco Alfonzetti

    Donna Marie Alfonzetti
    Debtor*

Case Number: 19-31406
Chapter: 7

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held remotely using the ZoomGov platform pursuant to the Court's General Order #4 Regarding Court Operations under the Exigent Circumstances Created by COVID-19, and is scheduled in the above captioned case to be held on **November 18, 2020** at **10:00 AM** to consider and act upon the following matter(s):

    **Application to Employ Rescia Law P.C. as Special Counsel Filed by Kara S. Rescia, Trustee. (Re: Doc #32)**

**OBJECTION(S) DUE:** November 12, 2020 before 4:00 p.m. Untimely objections may not be considered.

**TO THE FILING PARTY:** If you or your attorney fail to participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

See below for ZoomGov Connection Instructions to participate via video and/or telephonically.

**Important Policy Notice to the Bar, Public, and Media**

Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073-1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screen-shots or any other audio or video reproduction).

A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court.

**ZOOMGOV REMOTE HEARING INFORMATION FOR PARTICIPANTS:**

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect_NH@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (203)773-2009 for the instructions.

**PUBLIC ACCESS TO REMOTE HEARING–LISTEN ONLY**: If you are **not a Remote Hearing Participant** but would like to listen to the hearing, please use the court hearing conference line at 1-877-873-8017 and input the Access Code: 9295115 when prompted.

For further instruction and best practices for appearing remotely utilizing ZoomGov, please find the ZoomGov Guide for Participants on our website at www.ctb.uscourts.gov.

Dated: October 27, 2020

For the Court

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773-2009
VCIS* (866) 222-8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112