**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

In re:  ALFONZETTI, ROCCO         § Case No. 19-31406(AMN)
        ALFONZETTI, DONNA MARIE   §
                                  §
                                  §
            Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 08/26/2019. The undersigned trustee was appointed on 08/26/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          65,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 7,416.73 |
   | Bank service fees | 1,107.19 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]  $ | 56,476.08 |

   The remaining funds are available for distribution.

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/06/2020 and the deadline for filing governmental claims was 01/06/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,410.28. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,410.28, for a total compensation of $6,410.28[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $161.17 for total expenses of $161.17[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/10/2022                    By: /s/ Kara S. Rescia
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 19-31406(AMN)  
Case Name: ALFONZETTI, ROCCO  
ALFONZETTI, DONNA MARIE  

Trustee Name: (270230) Kara S. Rescia  
Date Filed (f) or Converted (c): 08/26/2019 (f)  
§ 341(a) Meeting Date: 10/04/2019  

For Period Ending: 05/10/2022  

Claims Bar Date: 01/06/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 10 Anna Dr, Oxford, CT 06478-1802, New Haven County | 320,000.00 | 0.00 | | 0.00 | FA |
| 2 | 100 Dowd St Apt C9, Haverstraw, NY 10927-1226 | 149,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2005 Mercedes-Benz E320, 102000 miles | 4,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2007 Honda Pilot 4WD, 163776 miles | 4,595.00 | 0.00 | | 0.00 | FA |
| 5 | General Household Goods | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | TV & Appliances | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Checking Account: Wells Fargo | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Savings Account: Wells Fargo | 1,400.00 | 0.00 | | 0.00 | FA |
| 10 | Checking Account: ION | 245.00 | 0.00 | | 0.00 | FA |
| 11 | Debtor 1 is one of three an authorized person in a Florida LLC - Bettina Realty LLC., 33% ownership | 233,333.00 | 233,333.00 | | 65,000.00 | FA |
| 12 | 401(k) or Similar Plan: 401 K | 34,000.00 | 0.00 | | 0.00 | FA |
| 13 | State Farm Life Insuarnce: Donna Alfonzetti | 2,417.00 | 0.00 | | 0.00 | FA |
| 13 | **Assets Totals (Excluding unknown values)** | **$753,040.00** | **$233,333.00** | | **$65,000.00** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

| | |
|---|---|
| **Case No.:** 19-31406(AMN) | **Trustee Name:** (270230) Kara S. Rescia |
| **Case Name:** ALFONZETTI, ROCCO<br>ALFONZETTI, DONNA MARIE | **Date Filed (f) or Converted (c):** 08/26/2019 (f) |
| | **§ 341(a) Meeting Date:** 10/04/2019 |
| **For Period Ending:** 05/10/2022 | **Claims Bar Date:** 01/06/2020 |

**Major Activities Affecting Case Closing:**

4/29/2022 60 day notice to taxing authorities of prompt determination has expired so I can now prepare and submit final report.

2/10/2022 I have issued checks to taxing authorities and estate tax returns have been filed.

12/30/2021 Accountants have prepared estate tax returns and I have filed motion to pay taxes. Contested matter deadline has passed with no objection so awaiting order on motion to pay to issue checks to taxing authorities. Once returns are filed I will await 60 day notice to taxing authorities of prompt determination prior to preparing and submitting final report.

9/27/2021 Accountants have requested additional information to prepare estate returns.

7/8/2021 Compromise motion granted. I have sent Order with relevant reports to accountants to prepare estate tax returns.

6/4/2021 I have reached a compromise with debtor funded through siblings, have received settlement funds and filed compromise motion.

5/5/2021 Accountants have calculated number necessary to conservatively pay all claims and admin expenses of estate in full.

3/31/2021 Counsel for LLC has now requested an amount to be calculated by estate accountants for the other LLC members to purchase the estate's membership interest, accounting for additional tax liability to the estate. Based on accountants review of LLC 2019 and 2020 tax returns, tax basis for each members' interest are unknown and must first be determined along with updated value of properties owned by the LLC base don the provisions of the LLC Operating Agreement and I have requested same from LLC counsel.

2/26/2021 Siblings of debtor on behalf of LLC have finally retained counsel and Attorney Hellman has filed an appearance on behalf of the LLC. I have provided him an updated amount to be paid through a compromise of debtor's interest to satisfy estate in full.

12/18/2020 Although my firm has been employed as counsel and have researched the liquidation of this partial membership interest in LLC which has been involuntarily dissolved by Secretary of State there are restrictions which significantly reduce the value of partial interest with right of first refusal to other members of LLC so still trying to get paid full through family.

11/5/2020 I have finally had productive discussions with managing member of LLC sister of the debtor. The family is going to try and raise the funds to pay estate in full.

8/20/2020 I have sent demand letters to other LLC members debtor's sisters as debtor has failed to come through with promised compromise to satisfy estate in full.

5/19/2020 I have reviewed tax analysis by accountants and discussed same with debtor's counsel to determine amount necessary to satisfy all claims of estate in full. Once I receive said settlement amount I can prepare and file compromise motion.

3/5/2020 Application to employ accountant is approved. Accountants will now analyze tax liability for compromise of LLC interest of estate.

1/16/2020 Bar date has passed and I have calculated the sum necessary to satisfy all claims with interest and admin cost in full without possible tax liability or fees/expenses of an accountant. I have provided LLC return and information to accountant to determine tax liability and/or need to file estate returns. If so I will need to file application to employ accountant and once amounts are determined and I receive turnover from debtor I will prepare compromise motion.

12/1/2019 There is nonexempt equity in the husband debtor's interest in Bettina Realty LLC which should pay estate in full. Debtors have informed me that the other members of the LLC will pay the sum necessary to satisfy all claims with interest and admin cost in full. I am now waiting for bar date for claims to pass on 1/6/2020 to determine said sums.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 06/30/2020 | **Current Projected Date Of Final Report (TFR):** 05/31/2022 |

| | |
|---|---|
| 05/10/2022 | /s/Kara S. Rescia |
| Date | Kara S. Rescia |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 19-31406(AMN) | Trustee Name: | Kara S. Rescia (270230) |
|---|---|---|---|
| Case Name: | ALFONZETTI, ROCCO | Bank Name: | Metropolitan Commercial Bank |
|  | ALFONZETTI, DONNA MARIE | Account #: | 3910330266 Checking |
| Taxpayer ID #: | **-***1581 | Blanket Bond (per case limit): | $24,309,743.00 |
| For Period Ending: | 05/10/2022 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/02/21 | {11} | Bettina Realty LLC | WIRE FROM BETTINA REALTY LLC | 1129-000 | 65,000.00 | | 65,000.00 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 97.23 | 64,902.77 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 104.02 | 64,798.75 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 110.77 | 64,687.98 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 103.67 | 64,584.31 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 100.05 | 64,484.26 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 110.24 | 64,374.02 |
| 12/08/21 | 101 | International Sureties, LTD | Ch. 7 Blanket Bond CT-Region 2 Bond # 016027937 | 2300-000 | | 31.73 | 64,342.29 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 106.58 | 64,235.71 |
| 01/07/22 | 102 | United States Treasury | Federal Form 1041 for year 11/1/2020-10/31/2021 EIN 87-6311581 Pursuant to Order Doc Id 52 | 2810-000 | | 3,959.00 | 60,276.71 |
| 01/07/22 | 103 | Connecticut Commissioner of Revenue Services | CT Form 1041 for year 11/1/2020-10/31/2021 EIN 87-6311581 Pursuant to Order Doc Id 52 | 2820-000 | | 3,426.00 | 56,850.71 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 99.51 | 56,751.20 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 87.59 | 56,663.61 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 99.90 | 56,563.71 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 87.63 | 56,476.08 |
| | | **COLUMN TOTALS** | | | 65,000.00 | 8,523.92 | $56,476.08 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 65,000.00 | 8,523.92 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $65,000.00 | $8,523.92 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| | | | |
|---|---|---|---|
| **Case No.:** | 19-31406(AMN) | **Trustee Name:** | Kara S. Rescia (270230) |
| **Case Name:** | ALFONZETTI, ROCCO<br>ALFONZETTI, DONNA MARIE | **Bank Name:** | Metropolitan Commercial Bank |
| | | **Account #:** | 3910330266 Checking |
| **Taxpayer ID #:** | **-***1581 | **Blanket Bond (per case limit):** | $24,309,743.00 |
| **For Period Ending:** | 05/10/2022 | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $65,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $65,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| 3910330266 Checking | $65,000.00 | $8,523.92 | $56,476.08 |
| | **$65,000.00** | **$8,523.92** | **$56,476.08** |

05/10/2022
Date

/s/Kara S. Rescia
Kara S. Rescia

UST Form 101-7-TFR (5/1/2011)

Printed: 05/10/2022 1:24 PM                                                                                                    Page: 1

## Exhibit C

## Claims Register-Exhibit C

**Case: 19-31406(AMN) ROCCO ALFONZETTI AND DONNA M. ALFONZETTI**

**Claims Bar Date:** 1/6/20 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Kara S. Rescia<br>5104A Bigelow Commons<br>Enfield, CT 06082<br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>07/08/21 | | $ 6,410.28<br>$ 6,410.28 | $0.00 | $6,410.28 |
| SURPLUS | ALFONZETTI, ROCCO<br>10 ANNA DR<br>OXFORD, CT 06478<br><8200-00 Surplus Funds Paid to Debtor Section 726(a)(6)>, 650 | Unsecured<br>05/10/22 | | $ 0.00<br>$ 1,794.49 | $0.00 | $1,794.49 |
| TE | Kara S. Rescia<br>5104A Bigelow Commons<br>Enfield, CT 06082<br><2200-00 Trustee Expenses>, 200 | Admin Ch. 7<br>05/06/22 | | $ 161.17<br>$ 161.17 | $0.00 | $161.17 |
| | Rescia Law, P.C.<br>5104A Bigelow Commons<br>Enfield, CT 06082<br><3110-00 Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>05/06/22 | | $ 7,140.00<br>$ 7,140.00 | $0.00 | $7,140.00 |
| | Verdolino& Lowey, P.C.<br>124 Washington Street<br>Foxboro, MA 02035<br><3410-00 Accountant for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>05/06/22 | | $ 2,299.50<br>$ 2,299.50 | $0.00 | $2,299.50 |

Printed:  05/10/2022 1:24 PM  Page: 2

## Exhibit C

## Claims Register-Exhibit C

**Case: 19-31406(AMN) ROCCO ALFONZETTI AND DONNA M. ALFONZETTI**

**Claims Bar Date:** 1/6/20 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Verdolino& Lowey, P.C. | Admin Ch. 7<br>05/06/22 |  | $ 65.03<br>$ 65.03 | $0.00 | $65.03 |
|  | <3420-00 Accountant for Trustee Expenses (Other Firm)>, 200 |  |  |  |  |  |
| 1 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>10/11/19 |  | $ 21,634.75<br>$ 21,634.75 | $0.00 | $21,634.75 |
|  | <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 |  |  |  |  |  |
| 1I | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>05/10/22 |  | $ 1,077.74<br>$ 1,077.74 | $0.00 | $1,077.74 |
|  | <7990-00 Surplus Case Interest on Unsecured Claims (including priority)>, 640 |  |  |  |  |  |
| 2P | Internal Revenue Service ATTN: Manager<br>PO Box 37008<br>Hartford, CT 06176-7008 | Priority Unsecured<br>10/15/19 | claim amended to zero 5/21/2020 | $ 4,930.90<br>$ 0.00 | $0.00 | $0.00 |
|  | <5800-00 Claims of Governmental Units - § 507(a)(8)>, 570 |  |  |  |  |  |
| 2U | Internal Revenue Service ATTN: Manager<br>PO Box 37008<br>Hartford, CT 06176-7008 | Unsecured<br>10/15/19 | claim amended to zero 5/21/2020 | $ 421.35<br>$ 0.00 | $0.00 | $0.00 |
|  | <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 |  |  |  |  |  |

Printed: 05/10/2022 1:24 PM  Page: 3

## Exhibit C

## Claims Register-Exhibit C

**Case: 19-31406(AMN) ROCCO ALFONZETTI AND DONNA M. ALFONZETTI**

**Claims Bar Date:** 1/6/20 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | LVNV Funding, LLC Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>10/30/19 | | $ 6,448.92<br>$ 6,448.92 | $0.00 | $6,448.92 |
| 3I | LVNV Funding, LLC Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><br><7990-00 Surplus Case Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>05/10/22 | | $ 321.25<br>$ 321.25 | $0.00 | $321.25 |
| 4 | Verizon by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>12/03/19 | | $ 1,101.26<br>$ 1,101.26 | $0.00 | $1,101.26 |
| 4I | Verizon by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br><br><7990-00 Surplus Case Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>05/10/22 | | $ 54.86<br>$ 54.86 | $0.00 | $54.86 |

Printed: 05/10/2022 1:24 PM  Page: 4

## Exhibit C

## Claims Register-Exhibit C

**Case: 19-31406(AMN) ROCCO ALFONZETTI AND DONNA M. ALFONZETTI**

**Claims Bar Date:** 1/6/20 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5P | Connecticut Department of Revenue Services Collections Unit Bankruptcy Team 450 Columbus Blvd., Ste. 1 Hartford, CT 06103-1837 <5800-00 Claims of Governmental Units - § 507(a)(8)>, 570 | Priority Unsecured 12/10/19 | claim withdrawn 8/17/2020 | $ 2,373.05 $ 0.00 | $0.00 | $0.00 |
| 5U | Connecticut Department of Revenue Services Collections Unit Bankruptcy Team 450 Columbus Blvd., Ste. 1 Hartford, CT 06103-1837 <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured 12/10/19 | claim withdrawn 8/17/2020 | $ 214.10 $ 0.00 | $0.00 | $0.00 |
| 6 | Wells Fargo Bank, N.A. Wells Fargo Card Services PO Box 10438, MAC F8235-02F Des Moines, IA 50306-0438 <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured 12/20/19 | | $ 7,588.79 $ 7,588.79 | $0.00 | $7,588.79 |
| 6I | Wells Fargo Bank, N.A. Wells Fargo Card Services PO Box 10438, MAC F8235-02F Des Moines, IA 50306-0438 <7990-00 Surplus Case Interest on Unsecured Claims (including priority)>, 640 | Unsecured 05/10/22 | | $ 378.04 $ 378.04 | $0.00 | $378.04 |

Printed:   05/10/2022 1:24 PM                                                                                                                                           Page:   5

## Exhibit C

## Claims Register-Exhibit C

**Case: 19-31406(AMN) ROCCO ALFONZETTI AND DONNA M. ALFONZETTI**

**Claims Bar Date:**   1/6/20 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | County of Rockland<br>11 New Hempstead Road, 3rd Floor<br>New City, NY 10956<br><br><5800-00 Claims of Governmental Units - § 507(a)(8)>, 570 | Priority Unsecured<br>12/26/19 | Doc. #21 \| 02/11/2020 \| Withdrawal of Claim 7.<br><br>01/05/2020 03:19:52   System was unable to recognize exact class of claims due to the mismatch in the amounts sum. Other amounts were as follows:<br>Secured: $4,891.61<br>Priority Unsecured: $4,891.61<br>Claim Amount: $4,891.61 | $ 0.00<br>$ 0.00 | $0.00 | $0.00 |

                                                                                                                        **Case Total:**                $0.00         $56,476.08

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 19-31406(AMN)
Case Name: ROCCO ALFONZETTI AND DONNA M. ALFONZETTI
Trustee Name: Kara S. Rescia

**Balance on hand:**    $              56,476.08

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $          0.00
Remaining balance:    $       56,476.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Kara S. Rescia | 6,410.28 | 0.00 | 6,410.28 |
| Trustee, Expenses - Kara S. Rescia | 161.17 | 0.00 | 161.17 |
| Attorney for Trustee Fees - Rescia Law, P.C. | 7,140.00 | 0.00 | 7,140.00 |
| Accountant for Trustee Fees (Other Firm) - Verdolino& Lowey, P.C. | 2,299.50 | 0.00 | 2,299.50 |
| Accountant for Trustee Expenses (Other Firm) - Verdolino& Lowey, P.C. | 65.03 | 0.00 | 65.03 |

Total to be paid for chapter 7 administrative expenses:    $       16,075.98
Remaining balance:    $       40,400.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:    $          0.00
Remaining balance:    $       40,400.10

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2P | Internal Revenue Service ATTN: Manager | 0.00 | 0.00 | 0.00 |
| 5P | Connecticut Department of Revenue Services Collections Unit Bankruptcy Team | 0.00 | 0.00 | 0.00 |
| 7 | County of Rockland | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 40,400.10

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $36,773.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Discover Bank Discover Products Inc | 21,634.75 | 0.00 | 21,634.75 |
| 2U | Internal Revenue Service ATTN: Manager | 0.00 | 0.00 | 0.00 |
| 3 | LVNV Funding, LLC Resurgent Capital Services | 6,448.92 | 0.00 | 6,448.92 |
| 4 | Verizon by American InfoSource as agent | 1,101.26 | 0.00 | 1,101.26 |
| 5U | Connecticut Department of Revenue Services Collections Unit Bankruptcy Team | 0.00 | 0.00 | 0.00 |
| 6 | Wells Fargo Bank, N.A. Wells Fargo Card Services | 7,588.79 | 0.00 | 7,588.79 |

Total to be paid for timely general unsecured claims: $ 36,773.72
Remaining balance: $ 3,626.38

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 3,626.38 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 3,626.38 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.75% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1,831.89. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $1,794.49.